■ BOARD OF EDUCATION OF THE THREE VILLAGE CENTRAL SCHOOLS OF THE TOWNS OF BROOKHAVEN AND SMITHTOWN, Respondent, v THREE VILLAGE TEACHERS' ASSOCIATION, INC., Appellant. — Appeal from a judgment of the Supreme Court, Suffolk County, entered July 11, 1980, which vacated an arbitrator's award and remanded the matter for arbitration before a different arbitrator. Judgment reversed, on the law, with $50 costs and disbursements, petition dismissed and appellant's cross motion to confirm the arbitrator's award is granted. The arbitrator's power was not so imperfectly executed that a final and definite award upon the subject matter submitted was not made. The question submitted, whether petitioner violated the agreement between the parties by assigning more students to laboratory

classes than there were laboratory equipment stations, called for a "yes" or "no" answer. It did not call for the arbitrator to set out a definition of "equipment stations". The arbitrator's conclusion that no more than 24 students could be assigned to a laboratory class was not so completely irrational as to warrant vacatur. Accordingly, the petition must be dismissed. Damiani, J. P., Gibbons, Gulotta and Thompson, JJ., concur.